1014

## NATIONAL BANK OF COMMERCE OF SEATTLE, WASH., v. LYTLE LOGG. & MERC. CO.

No. 8512.

Circuit Court of Appeals, Ninth Circuit.
June 14, 1937.

Heller, Ehrman, White & McAuliffe, and Albert M. Monaco, all of San Francisco, Cal., for appellant.

Robert Hatch, of San Francisco, Cal., for respondent.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel, ordered appeal dismissed; decree of dismissal filed and entered accordingly; mandate issued forthwith.

## Hugo D. NEWHOUSE et al., Appellants, v. IMPERIAL IRRIGATION DISTRICT, Appellee.

## Hugo D. NEWHOUSE et al., Appellants, v. Charles J. LICK et al., etc., Appellees.

Nos. 8003, 8004.

Circuit Court of Appeals, Ninth Circuit.
June 21, 1937.

Russell P. Tyler, of San Francisco, Cal., for appellants.

Harry W. Horton, of El Centro, Cal., for appellees.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellees to dismiss appeals, and motion of appellants to advance causes for hearing, and to reverse orders of District Court, and good cause therefor appearing, ordered motion of appellees to dismiss denied; that motion of appellants be granted; that a decree be filed and entered in each of above causes reversing the orders appealed from.

## In re 915 GLENGYLE PLACE BUILDING CORPORATION, Debtor.

## Chester R. DAVIS et al., as Members of the Committee, etc. v. 915 GLENGYLE PLACE BUILDING CORPORATION, et al.

No. 6157.

Circuit Court of Appeals, Seventh Circuit.
March 2, 1937.

Don Kenneth Jones, John M. Baker, and Tracy W. Buckingham, all of Chicago, Ill., for appellants.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellants, it is now here ordered, adjudged, and decreed by this court that this appeal be and the same is hereby dismissed, without costs.